IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROMIER PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> GEAROZ, *et al.,* <br><br> Defendants. | Civil Action No. <br><br> 25-cv-497 <br><br> (Judge Robert J. Colville) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorneys, hereby gives notice of the voluntary dismissal with prejudice of all claims against Defendant LUMEN TACTICAL with each party to bear its own attorney's fees, costs, and expenses. The dismissed Defendant has neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, this Defendant may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

/

/

- 2 -

                                        Respectfully submitted,

Dated: June 5, 2025                /s/ Stanley D. Ference III
                                        Stanley D. Ference III
                                        Pa. ID No. 59899
                                        courts@ferencelaw.com

                                        FERENCE & ASSOCIATES LLC
                                        409 Broad Street
                                        Pittsburgh, Pennsylvania 15143
                                        (412) 741-8400 – Telephone
                                        (412) 741-9292 – Facsimile

                                        Attorneys for Plaintiff