IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROMIER PRODUCTS INC., <br><br>      Plaintiff, <br><br> v. <br><br> GEAROZ, *et al.*, <br><br>      Defendants. | Civil Action No. 25-cv-497 <br><br> (Judge Colville) |

**ORDER**

Plaintiff and Defendants CR outdoor lighting (Def. No. 33); Ewenele (Def. No. 45); Minsk Store (Def. No. 86); OLDBER Prime goods (Def. No. 97); PHLIPESAM (Def. No. 101; SIUYIU-US (Def. No. 114; Trixhub (Def. No. 127); and Uhanciny (Def. No. 128) are hereby Ordered to participate in a mediation pursuant to the terms of the Western District of Pennsylvania's ADR Policies and Procedures. The mediation shall take place within 30 days.

If the mediation is not successful, Plaintiff may take the requested jurisdictional discovery.  Plaintiff shall file a status report once jurisdictional discovery is completed and the Court will enter a briefing schedule on the motion to dismiss.

Dated:  September ___, 2025

_____
Robert J. Colville
United States District Judge